ANNIE REILLY, Appellant, *v.* ARTHUR W. CONNABLE, Respondent.

*Reilly* v. *Connable,* 175 App. Div. 951, appeal dismissed.
(Argued April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 24, 1916, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

The motion was made upon the ground that no appeal lay from the order of the Appellate Division to the Court of Appeals.

*E. C. Sherwood* for motion.

*Henry M. Dater,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.